UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LEGRAND CABBAGESTALK III, | Case No. EDCV 05-594-GAF(AJW) |
| Petitioner, | JUDGMENT |
| vs. | |
| JOHN MARSHALL, Warden, et al., | |
| Respondents. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is **granted**, and respondent is directed to vacate petitioner's conviction and release petitioner from any custody and legal consequences of his 2003 conviction in Riverside County Superior Court Case No. RIF-107693.

Dated: 5/28/10

Gary A. Feess
United States District Judge